THE PEOPLE ex rel. WILLIAM CLARK, Appellants, v. LUTHER M. NORTON, Respondent.

This case is, in all respects, the same as the preceding, except in regard to the age of the incumbent.

The judgment must be affirmed.

Judgment affirmed.